No. 453. TRUCK DRIVERS UNION LOCAL No. 413, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *David Previant, Herbert S. Thatcher* and *L. N. D. Wells, Jr.,* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 154, Misc. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 174, Misc. GRIFFIN *v.* NASH, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 325, Misc. NUNN *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 328, Misc. BATEMAN *v.* RHAY, PENITENTIARY SUPERINTENDENT. Superior Court of Washington, Walla Walla County. Certiorari denied.

No. 376, Misc. O'CONNOR *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 335, Misc. RASMUSSEN *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied.